IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 1:90cr1006-MW/GRJ-2

JOHNNY SALAZAR STUART,

    Defendant/Petitioner.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 133, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 133. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 119, is **DENIED and DISMISSED as untimely**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on April 2, 2019.

                              s/Mark E. Walker          
                              **Chief United States District Judge**